SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
Kevin Hong (SBN 299040)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 205-6560
cm@SoCalEAG.com

Attorneys for Plaintiff
MISTER BAILEY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MISTER BAILEY,<br><br>        Plaintiff,<br><br>  vs.<br><br>TOPLINE HARDWARE; JUAN JOSE GONZALES, AS TRUSTEE OF THE GONZALEZ FAMILY TRUST; and DOES 1 to 10,<br><br>        Defendants. | **Case No.: 2:24-cv-05977-SPG (Ex)**<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE** |

    **PLEASE TAKE NOTICE** that MISTER BAILEY ("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) hereby voluntarily dismisses the entire action *without prejudice* pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) which provides in relevant part:

    (a) **Voluntary Dismissal.**

        (1)   *Without a Court Order.* Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE**

(i)      A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

None of the Defendants has either answered Plaintiff's Complaint, or filed a motion for summary judgment.  Accordingly, this matter may be dismissed without an Order of the Court.

DATED:  November 5, 2024                    **SO. CAL. EQUAL ACCESS GROUP**


By:   ___/s/  *Jason J. Kim*_____
Jason J. Kim, Esq.
Attorneys for Plaintiff

**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE**